JS - 6

**FILED: 7/23/12**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kathi-Jo Mustaffa*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>*Federal Home Loan Mortgage Corporation*,<br><br>　　　　Defendant. | CASE NO. ED CV 12-0542-GHK (DTBx)<br><br>**JUDGMENT** |

Pursuant to the Court's July 23, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Kathi-Jo Mustaffa's ("Plaintiff") claims against Defendant Federal Home Loan Mortgage Corporation are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 23, 2012

_____
GEORGE H. KING
United States District Judge