JS - 6

**FILED: 7/23/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kathi-Jo Mustaffa*, <br>         Plaintiff, <br>     v. <br> *Federal Home Loan Mortgage Corporation*, <br>         Defendant. | CASE NO. ED CV 12-0542-GHK (DTBx) <br><br> **JUDGMENT** |

Pursuant to the Court's July 23, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Kathi-Jo Mustaffa's ("Plaintiff") claims against Defendant Federal Home Loan Mortgage Corporation are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 23, 2012

                                              _____ <br>
                                                GEORGE H. KING <br>
                                          United States District Judge